No. 03–7554. DE DEUS-OLIVEIRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7555. CHRISTENSEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7558. BENOIT v. BENOIT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–7560. URDIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7561. BOOKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7562. ACOSTA-TAPIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7563. APODACA v. SNODGRASS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7565. VEYSEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7569. MASON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7571. BAKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7572. HALL ET AL. v. HANSCOM AIR FORCE BASE ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–7576. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7578. ROBERTS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7579. ROBLES-SALAS v. UNITED STATES; LEONIDES-JAIMES v. UNITED STATES; and BECERRA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 409 (first judgment); 72 Fed. Appx. 235 (third judgment) and 958 (second judgment).